IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICK LEE,

       Petitioner,

vs.                             CASE NO. 5:07cv130/RS-MD

UNITED STATES OF AMERICA,

       Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 10). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed without prejudice for Petitioner's failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on November 16, 2007.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**